IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 14-cv-00886-RM-KLM | FTR - Reporter Deck - Courtroom C204 |
| Date: August 11, 2014 | Courtroom Deputy: Laura Galera |

*Parties:*                                                        *Counsel:*

WANDA KINDSFATER, and                          John Vecchione (By telephone)
IRVIN KINDSFATER,

     Plaintiffs,

v.

NOVARTIS   PHARMACEUTICALS              Patrick Harkins (By telephone)
CORPORATION,                                              Terry Cipoletti

     Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   STATUS CONFERENCE**
**Court in session:   10:03 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding amount of discovery left to conduct and amount of time needed to complete it.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **September 12, 2014.**

Discovery Cut-off: **February 9, 2015.**

Dispositive Motions Deadline: **March 9, 2015.**

Parties shall designate experts **on or before November 7, 2014.**

Parties shall designate rebuttal experts **on or December 8, 2014.**

Each side shall be limited to **four (4) retained** expert witnesses, absent further leave of

court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE** is set for **July 16, 2015 at 10:00 a.m.** before Magistrate Judge Kristen L. Mix. Final Pretrial Order is due **no later than July 9, 2015.** (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission). In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:**  A **Trial Preparation Conference and Trial** will be set at a future date before the Honorable Raymond P. Moore.

Court discusses Judge Moore's practice standards with counsel.

Court discusses Magistrate Judge Mix's "Requirements of Practice" with counsel.

**ORDERED:**  Plaintiffs' Unopposed Motion for Leave to Appear at Status Conference via Telephone is **GRANTED.**

HEARING CONCLUDED.
**Court in recess**:    **10:35 a.m.**
Total time in court:   00:32

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.